Attorneys for Plaintiff, **WILLIAM CRIGLER**
ALLEY▪CLARK▪GREIWE
Counsel for Plaintiff
701 E. Washington Street
Tampa, Florida 33602
Phone: 813-222-0977
Facsimile: 813-224-0373

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: **3: 07-cv-759**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Plaintiff Name(s),<br>**WILLIAM CRIGLER**<br>   Plaintiffs,<br><br>vs.<br><br>Pfizer, Inc., et al.<br>   Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **WILLIAM CRIGLER**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 4/3, 2009    By: _____
                         ALLEY▪CLARK▪GREIWE

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff

701 E. Washington Street
Tampa, Florida 33602
Phone: 813-222-0977
Facsimile: 813-224-0373

Attorneys for Plaintiff,

DATED: April 6, 2009        By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 9, 2009        _____
                            Hon. Charles R. Breyer
                            United States District

IT IS SO ORDERED
Judge Charles R. Breyer

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**